untimely filed. 42 Pa.C.S. 5571(B), Pa. R.A.P. 903(a).

In re NOMINATION PETITION OF Marc J. GERGELY, Democratic Nomination for Representative in the General Assembly for the 35th Legislative District in the May 21, 2002 General Primary.

Appeal of George A. Dillinger.

Supreme Court of Pennsylvania.

May 3, 2002.

Robert Matthew Owsiany, Pittsburgh, for George A. Dillinger.

Angelo Anthony Papa, New Castle, Charles E. Schmidt, Harrisburg, for Marc J. Gergely.

Before ZAPPALA, C.J., CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of May, 2002, the order of the Commonwealth Court is AFFIRMED. Appellant's Motion to Strike Appellee's Brief in Opposition to Jurisdictional Statement and Portions of the Brief of Appellee is DISMISSED as moot.